Writ of Mandamus Dismissed, Opinion issued October 22, 2012



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-01320-CV

### IN RE ANDY PHILACHACK, Relator

**Original Proceeding from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-04335-C**

## MEMORANDUM OPINION

Before Justices Morris, Richter, and Lang-Miers
Opinion by Justice Richter

The Court has before it relator's October 18, 2012 letter indicating relator's desire to withdraw his petition. We treat the letter as a motion to dismiss, **GRANT** the motion and **DISMISS** this petition for writ of mandamus.

MARTIN RICHTER
JUSTICE

121320F.P05